NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE COMCAST CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 963

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0116, Magistrate Judge Charles Everingham, IV.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Comcast Corporation moves without opposition for a five-day extension of time, until November 29, 2010, to file a reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David J. Silbert, Esq.
Sean A. Luner, Esq.
Clerk, United States District Court For The Eastern
District Of Texas

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

NOV 2 4 2010

**JAN HORBALY**
**CLERK**